**352**

**LAMBERT BROTHERS, Inc., Appellant, v. ROYAL INSURANCE COMPANY, LIMITED, Appellee.**

**ROYAL INSURANCE COMPANY, LIMITED, Appellant, v. Evelyn P. HINES et al., Appellees.**

**Nos. 11316, 11315.**

United States Court of Appeals
Sixth Circuit.

July 25, 1951.

Corn & Bell, Cleveland, Tenn., for appellant Lambert Bros.

Curry & Harris, Chattanooga, Tenn., Maxwell A. Hines, Tifton, Ga., Hardwick Stuart, Cleveland, Tenn., for appellees.

Kefauver, Duggan & Miller, Chattanooga, Tenn., for appellant Royal Ins. Co.

PER CURIAM.

It appearing that the two appellants have moved to dismiss their appeals: Lambert Brothers, Inc., moving to dismiss its appeal against the Royal Insurance Company, Ltd. and the Royal Insurance Company, Ltd. moving to dismiss its appeal against Evelyn P. Hines, et al.; it is ordered by the Court that these case be, and same hereby are, dismissed.

**Hazel L. SMITH, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11413.**

United States Court of Appeals
Sixth Circuit.

July 25, 1951.

G. K. Allen, Cleveland, Ohio, for appellant.

Paul Marshall, Cleveland, Ohio, for appellee.

PER CURIAM.

Upon motion by the appellee in the above-entitled cause, and it appearing therein that the decision appealed from is one denying a motion to dismiss, and

It being the view of the court that the denial of the motion to dismiss is not a final and appealable order,

It Is Hereby ordered that the motion of the appellee is granted and that, the appeal is hereby dismissed.